UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re								Case No: 12-30129-DHW
CHRISTY JILL HALLMARK						Chapter 13
    Debtor(s)

**TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

The debtor's Chapter 13 case was filed on Tuesday, January 17, 2012. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, April 2, 2012, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | CHRISTY JILL HALLMARK | BRENDLE FIRE EQUIPMENT | 100.00 | WEEKLY | 02/16/2012 |

   Period of payments: 36 months or until a 'POT' of $4,200.00 is paid to unsecured creditors.

   Payable to:   Chapter 13 Trustee
                P. O. Box 613108
                MEMPHIS TN 38101-3108

2. Senior expenses and Administrative claims to be paid:

   **ADMINISTRATIVE EXPENSES**

   | | | |
   |---|---|---|
   | Debtor's Attorney | Attorney's Fee Allowed | $2,750.00 |
   | Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
   | Chapter 13 Trustee | Trustee Administrative Fee | $5.40 |
   | Clerk of Court | Filing Fee | $231.00 |

   **SECURED, PRIORITY AND SPECIAL CLAIMS**

   **Secured**

   | Creditor | 910/365 | Collateral Value | Interest | Payment |
   |---|---|---|---|---|
   | BANK OF AMERICA, N.A. | N | $4,700.00 | 4.75 % | $142.00 |
   | GUARDIAN CREDIT UNION | N | $2,500.00 | 4.75 % | $65.00 |
   | WELLS FARGO BANK | N | $311.00 | 4.75 % | $12.00 |

In re  Case No: 12-30129-DHW
CHRISTY JILL HALLMARK  Chapter 13
    Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Friday, April 6, 2012.      /s/ *Curtis C. Reding.*
     Curtis C. Reding
     Chapter Thirteen Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Friday, April 6, 2012.

     /s/ *Curtis C. Reding*
     Curtis C. Reding
     Chapter Thirteen Trustee